IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WAYNE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13cv35–HEH |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commisioner of Social Security, ) | |
| Defendant. ) | |

## FINAL ORDER
(Overruling Objections to and Adopting Report and Recommendation)

THIS MATTER is before the Court on a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable David J. Novak, United States Magistrate Judge, on January 16, 2014. Wayne Martin has filed objections thereto. Because the issues are adequately addressed in the briefs, and oral argument would not materially aid the Court in the decisional process, no oral argument is necessary at this time.

Having reviewed both the record and the Magistrate Judge's Report and Recommendation in this case, and for the reasons outlined in the accompanying Memorandum Opinion, this Court finds that there is substantial justification in the record to support Judge Novak's findings of fact and conclusions of law. Accordingly, and based upon all of the facts in the record before the Court, it appears that (1) the Commissioner's decision was supported by substantial evidence in the record; and (2) Plaintiff was not disabled according to the regulations.

Accordingly, this Court hereby ADOPTS the January 16, 2014 Report and Recommendation of the Magistrate Judge. In accordance with that Report and Recommendation, the Court hereby DENIES Plaintiff's Motion for Summary Judgment and GRANTS Defendant's Motion for Summary Judgment.

Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to Plaintiff and to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 22, 2014
Richmond, VA